KENNETH W. DONNELLY
Email: donnellyk@sec.gov
Telephone: (202) 551-4946
SAMANTHA M. WILLIAMS
Email: williamssam@sec.gov
Telephone: (202) 551-4061
MELISSA ARMSTRONG
Email: armstrongme@sec.gov
Tel: (202) 551-4724
(LR IA 11-3 motion for each to appear pending)

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549-5949

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SPOT TECH HOUSE, LTD., *formerly known as*, SPOT OPTION, LTD.;<br><br>MALHAZ PINHAS PATARKAZISHVILI, *also known as* PINI PETER and PINHAS PETER;<br><br>and RAN AMIRAN,<br><br>Defendants. | 2:21-cv-00632<br><br>**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO PERMIT APPEARANCES OF GOVERNMENT ATTORNEYS**<br>**AND ORDER** |

Pursuant to LR IA 11-3, the Securities and Exchange Commission ("SEC") respectfully requests that this Court permit Kenneth W. Donnelly, Samantha M. Williams, and Melissa Armstrong to practice before this Court in all matters relating to this case.

1. Mr. Donnelly, Ms. Williams, and Ms. Armstrong are attorneys employed by the SEC, an agency of the federal government and the plaintiff in this case.

2. The Local Rules of Practice for the United States District Court for the District of Nevada, LR IA 11-3, provides in relevant part:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity …

3. Mr. Donnelly is a member in good standing of the District of Columbia Bar (No. 462996). Ms. Williams is a member in good standing of the State of Maryland Bar (No. 0012190024). Ms. Armstrong is a member in good standing of the Texas State Bar (No. 24050234). The following contact information is provided:

KENNETH W. DONNELLY
Securities and Exchange Commission
100 F Street N.E., Washington, D.C. 20549-5949
Email: donnellyk@sec.gov
Tel: (202) 551-4946
Fax: (202) 772-9292

SAMANTHA M. WILLIAMS
Securities and Exchange Commission
100 F Street N.E., Washington, D.C. 20549-5949
Email: williamssam@sec.gov
Tel: (202) 551-4061
Fax: (202) 772-9292

MELISSA ARMSTRONG
Securities and Exchange Commission
100 F Street N.E., Washington, DC 20549
Email: armstrongme@sec.gov
Tel: (202) 551-4724
Fax: (202) 772-9292

Accordingly, the Securities and Exchange Commission requests that an order be issued permitting Kenneth W. Donnelly, Samantha M. Williams, and Melissa Armstrong to practice before this honorable Court.

Dated: April 16, 2021

Respectfully submitted,

*/s/ Melissa Armstrong*
KENNETH W. DONNELLY
SAMANTHA M. WILLIAMS
MELISSA ARMSTRONG
Attorneys for Plaintiff
Securities and Exchange Commission

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: April 28, 2021