ABRAHAM G. SMITH (SBN 13250)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
ASmith@LewisRoca.com

*Attorneys for Defendants Spot Tech House, Ltd.*
*and Malhaz Pinhas Patarkazishvili*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:21-cv-00632-JCM-DJA |
| Plaintiff, | |
| *vs.* | **NOTICE OF LIMITED APPEARANCE** |
| SPOT TECH HOUSE, LTD., formerly known as Spot Option, Ltd.; MALHAZ PINHAS PATARKAZISHVILI, also known as Pini Peter and Pinhas Peter; and RAN AMIRAN, | |
| Defendants. | |

Please take notice that Abraham G. Smith of Lewis Roca Rothgerber Christie LLP hereby appears on behalf of defendants Spot Tech House, Ltd. and Malhaz Pinhas Patarkazishvili for the limited purpose of filing a notice of appeal. Counsel understands that today is the last day to file such a notice and has agreed to file the notice without prejudice to their right to substitute other counsel or withdraw from further representation.

LEWIS ☐ ROCA

1

Dated this 7th day of March, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/ Abraham G. Smith
    ABRAHAM G. SMITH (SBN 13,250)
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169
    (702) 949-8200

    *Attorneys for Defendants Spot Tech House, Ltd. and Malhaz Pinhas Patarkazishvili*

LEWIS ROCA

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2023, I submitted the foregoing "Notice of Limited Appearance" through the Court's CM/ECF filing system.  Electronic service of the foregoing document shall be served upon all recipients listed on the master service list.

KENNETH W. DONNELLY
SAMANTHA M. WILLIAMS
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549
DonnellyK@SEC.gov
WilliamsSam@SEC.gov

*Attorneys for Plaintiff*

/s/ Cynthia Kelley
An Employee of Lewis Roca Rothgerber Christie LLP

LEWIS ☐ ROCA